# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 19-2169

———————————————

Kevin Linn

*Plaintiff - Appellant*

v.

Jeremy Andrews, Deputy Warden, Varner Unit; Michael Bolden, Chief Security
Officer, Varner Unit; Keith Waddle, Disciplinary Hearing Officer; Randy Watson,
Warden, Varner and Varner SuperMax Units; Raymond Naylor, Disciplinary
Hearing Officer Administrator, ADC; Ray Hobbs, Former Director, ADC

*Defendants - Appellees*

————————

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

————————

Submitted: February 5, 2020
Filed: February 11, 2020
[Unpublished]

————————

Before GRUENDER, BEAM, and KELLY, Circuit Judges.

————————

PER CURIAM.

Former Arkansas prisoner Kevin Linn appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action, in which he asserted claims of retaliation and due process violations stemming from a prison disciplinary proceeding. After careful review of the record and the parties' arguments on appeal, we conclude that defendants were entitled to summary judgment. *See Hartsfield v. Nichols,* 511 F.3d 826, 829 (8th Cir. 2008) (reviewing grant of summary judgment de novo; stating that a defendant may successfully defend a retaliatory discipline claim by showing some evidence the inmate actually committed a rule violation); *see also Sandin v. Conner*, 515 U.S. 472, 484-87 (1995) (stating that due process liberty interests are generally limited to freedom from restraint that imposes atypical and significant hardship on the inmate in relation to the ordinary incidents of prison life). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.